Antonia Di Napoli, as Administratrix, etc., of Giovanni Di Napoli, Deceased, Appellant, v. New York, New Haven and Hartford Railroad Company, Defendant, Impleaded with Edward F. Lathrop and John J. Shea, Respondents.— Judgment unanimously affirmed, with costs, on the

authority of *Di Napoli* v. *N. Y., N. H. & H. R. R. Co.* (136 App. Div. 334). Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

James Douler, Respondent, v. The Prudential Insurance Company of America, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

George McKay, as Executor, etc., of Mary Josephine McKay, Formerly Mary Josephine Yates, Appellant, v. Katherine Ahearn, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.